## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., on behalf of itself and all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-CV-00346-K |
| SIX FLAGS ENTERTAINMENT CORPORATION, JAMES REID-ANDERSON, and MARSHALL BARBER | § § § § | |
| Defendants. | § | |

## <u>ORDER</u>

Plaintiff Electrical Workers Pension Fund, Local 103, I.B.E.W., filed this case in the Northern District of Texas, Dallas Division against Defendants Six Flags Entertainment Corporation, James Reid-Anderson, and Marshall Barber alleging securities fraud after Defendants allegedly misrepresented the financial prospects of certain overseas operations. Plaintiff claims that venue is proper in the Dallas Division because Six Flags maintains its headquarters in Grand Prairie. According to public records, the Six Flags Headquarters is located at 924 Avenue J East, Grand Prairie, Texas 75050. While Grand Prairie spans across three counties, the records show that this address is in Tarrant County. A civil action shall be filed in the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28

1

U.S.C. §1391(b). The Six Flags Headquarters is in Tarrant County, and Tarrant County is in the Fort Worth Division of the Northern District of Texas. 28 U.S.C. § 124(b)(6) (2012). Accordingly, on the Court's own motion, this case is **TRANSFERRED** to the United States District Court for the Northern District of Texas, Fort Worth Division. 28 U.S.C. §§ 1404(a) (2012); *see also* § 124(b)(6).

**SO ORDERED.**

Signed March 2nd, 2020.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

2