UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION, JAMES REID-ANDERSON, and MARSHALL BARBER,<br><br>　　　　　　Defendants. | Civil Action No. 4:20-cv-00201-P<br><br>CLASS ACTION |

**APPENDIX OF EXHIBITS IN SUPPORT OF THE MOTION OF OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM AND ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W. FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL**

| Exhibit | Description | Appendix Pages |
|---|---|---|
| A | Declaration of Lewis T. LeClair in Support of the Motion of Oklahoma Firefighters Pension and Retirement System and Electrical Workers Pension Fund, Local 103, I.B.E.W. for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel | App-01 – App-04 |
| B | Certifications of Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") and Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Local 103"). | App-05 – App-11 |
| C | Charts of transactions and losses of Oklahoma Firefighters and Local 103. | App-12 – App-14 |
| D | Joint Declaration of Chase Rankin and Michael P. Donovan in Support of the Motion of Oklahoma Firefighters Pension and Retirement System and Electrical Workers Pension Fund, Local 103, I.B.E.W. for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel. | App-15 – App-24 |
| E | Notice of pendency of *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. Six Flags Entertainment Corporation*, No. 4:20-cv-201-P (N.D. Tex.), published on February 12, 2020 via *PR Newswire*. | App-25 – App-28 |
| F | Notice of filing of expanded class period in *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. Six Flags Entertainment Corporation*, No. 4:20-cv-201-P (N.D. Tex.), published on March 20, 2020 via *PR Newswire*. | App-29 – App-32 |
| G | Firm Résumé of Bernstein Litowitz. | App-33 – App-93 |

DATED: April 13, 2020

Respectfully submitted,

**MCKOOL SMITH PC**

<u>/s/ Lewis T. LeClair</u>
Lewis T. LeClair
Texas Bar No. 12072500
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Tel:   (214) 978-4000
Fax:   (214) 978-4044
lleclair@mckoolsmith.com

*Proposed Liaison Counsel for the Class*

1

**BERNSTEIN LITOWITZ BERGER  
& GROSSMANN LLP**

Hannah Ross  
Avi Josefson  
Katherine M. Sinderson  
1251 Avenue of the Americas  
New York, NY 10020  
Tel: (212) 554-1400  
Fax: (212) 554-1444  
hannah@blbglaw.com  
avi@blbglaw.com  
katiem@blbglaw.com  

*Counsel to Proposed Lead Plaintiff Oklahoma Firefighters and Local 103, and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I certify that on April 13, 2020, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Lewis T. LeClair*
Lewis T. LeClair
