# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION, JAMES REID-ANDERSON, and MARSHALL BARBER,<br><br>Defendants. | Civil Action No. 4:20-cv-00201-P<br><br><br>CLASS ACTION |

**DECLARATION OF LEWIS T. LECLAIR IN SUPPORT OF THE MOTION OF OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM AND ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W. FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF THEIR SELECTION OF COUNSEL</u>**

I, Lewis T. LeClair, declare as follows:

1. I am a member in good standing of the bars of the State of Texas and of this Court and am a shareholder in the law firm of McKool Smith PC ("McKool Smith"). I submit this declaration in support of the Motion filed by Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters") and Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Local 103") for an order: (i) appointing Oklahoma Firefighters and Local 103 as Lead Plaintiff; (ii) approving their selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the Class and McKool Smith as Liaison Counsel for the Class; and (iii) granting any further relief that the Court may deem just and proper.

2. Attached as Exhibits B through G are true and correct copies of the following documents:

> EXHIBIT B:   Certifications of Oklahoma Firefighters and Local 103;
>
> EXHIBIT C:   Charts of transactions and losses of Oklahoma Firefighters and Local 103;
>
> EXHIBIT D:   Joint Declaration of Chase Rankin and Michael P. Donovan in Support of the Motion of Oklahoma Firefighters Pension and Retirement System and Electrical Workers Pension Fund, Local 103, I.B.E.W. for Appointment as Lead Plaintiff and Approval of Their Selection of Counsel;
>
> EXHIBIT E:   Notice of pendency of *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. Six Flags Entertainment Corporation*, No. 4:20-cv-201-P (N.D. Tex.), published on February 12, 2020 via *PR Newswire*;
>
> EXHIBIT F:   Notice of filing of expanded class period in *Electrical Workers Pension Fund, Local 103, I.B.E.W. v. Six Flags Entertainment Corporation*, No. 4:20-cv-201-P (N.D. Tex.), published on March 20, 2020 via *PR Newswire*; and
>
> EXHIBIT G:   Firm Résumé of Bernstein Litowitz.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of April, 2020.

*/s/ Lewis T. LeClair*
Lewis T. LeClair
Texas Bar No. 12072500
