App-05

# EXHIBIT B

Case 4:20-cv-00201-P Document 28-2 Filed 04/13/20 Page 1 of 7 PageID 140

App-05

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Chase Rankin, on behalf of Oklahoma Firefighters Pension and Retirement System ("Oklahoma Firefighters"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Oklahoma Firefighters. I have reviewed a complaint filed in this matter. Oklahoma Firefighters has authorized the filing of this motion for appointment as lead plaintiff.

2. Oklahoma Firefighters did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Oklahoma Firefighters is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Oklahoma Firefighters fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Oklahoma Firefighters's transactions in the Six Flags Entertainment Corp. securities that are the subject of this action are set forth in the chart attached hereto.

5. Oklahoma Firefighters has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Weiner v. Tivity Health, Inc.*, No.17-cv-1469 (M.D.T.N.)
*Marder v. Campbell Soup Company*, No. 18-cv-14385 (D.N.J.)
*Mulquin v. Nektar Therapeutics*, No. 18-cv-6607 (N.D. Cal.)
*Potts v. Weight Watchers International, Inc.*, No. 19-cv-2005 (S.D.N.Y.)
*Emp. Ret. Sys. of the Puerto Rico Electric Power Authority v. Conduent, Inc.*, No. 19-cv-8237 (D.N.J.)
*Logan v. ProPetro Holding Corp.*, No. 19-cv-217 (W.D. Tex.)

App-06

6. Oklahoma Firefighters has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

   *Oklahoma Firefighters Pension and Ret. Sys. v. Lexmark International, Inc.,*
   No. 17-cv-5543 (S.D.N.Y.)
   *Giugno v. Bristol-Myers Squibb Company,* No. 18-cv-878 (N.D. Cal.)
   *West Palm Beach Firefighters' Pension Fund v. Conagra Brands, Inc.,*
   No. 19-cv-1323 (N.D. Ill.)

7. Oklahoma Firefighters is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following actions filed under the federal securities laws during the three years preceding the date of this Certification:

   *Omdahl v. Farfetch Ltd.,* No. 19-cv-8657 (S.D.N.Y.)
   *St. Clair County Employees' Retirement System v. Resideo Technologies, Inc.,*
   No. 19-cv-2863 (D. Minn.)
   *Hayden v. Portola Pharmaceuticals, Inc.,* No. 20-cv-367 (N.D. Cal.)

8. Oklahoma Firefighters has sought to serve as a representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

   *Oklahoma Firefighters Pension and Ret. Sys. v. United States Steel Corp.,*
   No. 19-cv-00470 (W.D. Pa.)

9. Oklahoma Firefighters will not accept any payment for serving as a representative party on behalf of the Class beyond Oklahoma Firefighters's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of March, 2020.

_____
Chase Rankin
Executive Director
*Oklahoma Firefighters Pension and Retirement System*

App-07

**Oklahoma Firefighters Pension and Retirement System**
**Transactions in Six Flags Entertainment Corp.**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 10/29/2019 | 4,275 | 43.5684 |
| Purchase | 10/29/2019 | 5,764 | 43.4484 |
| Purchase | 10/30/2019 | 10,248 | 42.8484 |
| Purchase | 10/31/2019 | 5,424 | 42.2680 |
| Purchase | 11/26/2019 | 2,460 | 45.0157 |
| Purchase | 12/2/2019 | 6,345 | 43.0606 |

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, Michael P. Donovan, on behalf of Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Local 103"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Administrator of Local 103. I have reviewed the complaint and authorize its filing.

2. Local 103 did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Local 103 is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Local 103's transactions in the Six Flags Entertainment Corporation securities that are the subject of this action are set forth in the chart attached hereto.

5. Local 103 has sought to serve as a representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification.

*In re The Chemours Company*, No. 19-cv-1911 (D. Del.)

6. Local 103 has sought to serve as a lead plaintiff or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification.

*In re Wageworks, Inc., Securities Litigation*, No. 18-cv-1523 (N.D. Cal.)
*Atanasio v. Tenaris S.A.*, No. 18-cv-7059 (E.D.N.Y.)
*City of Warren Police & Fire Ret. Sys. v. DXC Tech. Co.*, No. 18-cv-01599 (E.D. Va.)
*Segalis v. Molson Coors Brewing Co.*, No. 19-cv-455 (D. Col.)
*West Palm Beach Firefighters' Pension Fund v. Conagra Brands, Inc.*, No. 19-cv-1323 (N.D. Ill.)
*Emp. Retirement System of the Puerto Rico Electric Power Authority v. Conduent, Inc.*, No. 19-cv-8237 (D.N.J.)
*Plymouth County Retirement System v. Evolent Health, Inc.*, No. 19-cv-1031 (E.D. Va.)

7. Local 103 will not accept any payment for serving as a representative party on behalf of the Class beyond Local 103's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31 day of January, 2020.

*/s/ Michael P. Donovan*
Michael P. Donovan
Administrator
*Electrical Workers Pension Fund*
*Local 103, I.B.E.W.*

**Electrical Workers Pension Fund, Local 103, I.B.E.W.**
**Transactions in Six Flags Entertainment Corporation**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 10/29/2019 | 2,467 | 43.4484 |
| Purchase | 10/29/2019 | 1,829 | 43.5684 |
| Purchase | 10/30/2019 | 4,385 | 42.8484 |
| Purchase | 10/31/2019 | 2,321 | 42.2680 |
| Purchase | 12/2/2019 | 2,999 | 43.0606 |