UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHLOMO KLEIN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SIX FLAGS ENTERTAINMENT CORPORATION, JAMES REID-ANDERSON, and MARSHALL BARGER, <br><br> Defendants. | Civil Action No.  3:20-cv-00460-K |

NOTICE OF VOLUNTARY DISMISSAL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action *Klein v. Six Flags Entertainment Corporation et al.*, 3:20-cv-00460-K, brought before the United States District Court for the Northern District of Texas, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Shlomo Klein hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated:  June 1, 2020

Respectfully submitted,

*/s/ Willie Briscoe*
WILLIE C. BRISCOE
State Bar Number 24001788
THE BRISCOE LAW FIRM, PLLC
12700 Park Central Drive, Suite 520
Dallas, TX 75251
Telephone: 972-521-6868
Facsimile: 281-254-7789
wbriscoe@thebriscoelawfirm.com

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
jalieberman@pomlaw.com
ahood@pomlaw.com

POMERANTZ LLP
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Counsel for Plaintiff Shlomo Klein*

1