**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION, JAMES REID-ANDERSON, and MARSHALL BARBER,<br><br>    Defendants. | Civil Action No. 4:20-cv-00201-P<br><br>Judge Mark T. Pittman |

## JOINT MOTION TO STAY SCHEDULING AND REPORT ORDER

Lead Plaintiffs Electrical Workers Pension Fund, Local 103, I.B.E.W. and Oklahoma Firefighters Pension and Retirement System ("Plaintiffs") and Defendants Six Flags Entertainment Corporation, Marshall Barber, and James Reid-Anderson ("Defendants") (together "the Parties"), respectfully submit this Joint Motion to Stay the Scheduling and Report Order and, in support thereof, state as follows:

1.      On July 2, 2020, Plaintiffs filed a Consolidated Class Action Complaint alleging violations of federal securities laws (Dkt. #50).

2.      On August 3, 2020, Defendants filed a Motion to Dismiss and Brief in Support (Dkt. #51, "the Motion to Dismiss").  Briefing on the Motion to Dismiss was complete as of September 16, 2020 (Dkt. ##51-52, 54-56), and the Motion to Dismiss remains pending before the Court.

3.      Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss,

unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party."  15 U.S.C. § 78u-4(b)(3)(B).

4. On January 4, 2021, the Court entered an Order Requiring Scheduling Conference and Report for Contents of Scheduling Order (Dkt. #62, the "January 4 Order") directing the Parties to hold an in-person Scheduling Conference as soon as practicable and submit a Joint Report on or before January 25, 2021 pursuant to Fed. R. Civ. P. 16(b) and 26(f).

5. The Parties respectfully request that, in light of the pending Motion to Dismiss and the mandated stay of discovery under the PSLRA, the Court enter the attached Proposed Order and stay the requirements of the January 4 Order until this Court issues a ruling on the Motion to Dismiss.

Dated:  January 7, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Katherine M. Sinderson* | */s/ Jeremy A. Fielding, P.C.* |
| **BERNSTEIN LITOWITZ BERGER &GROSSMANN LLP** | **KIRKLAND & ELLIS LLP** |
| Hannah Ross, *pro hac vice* | Jeremy A. Fielding, P.C. (Texas Bar |
| Katherine M. Sinderson, *pro hac vice* | No. 24040895) |
| Adam D. Hollander, *pro hac vice* | 1601 Elm Street |
| Christopher R. Miles, *pro hac vice* | Dallas, TX  75201 |
| 1251 Avenue of the Americas | Telephone:  (214) 972-1770 |
| New York, NY 10020 | Facsimile:  (214) 972-1771 |
| Tel:    (212) 554-1400 | jeremy.fielding@kirkland.com |
| Fax:    (212) 554-1444 | |
| hannah@blbglaw.com | **KIRKLAND & ELLIS LLP** |
| katiem@blbglaw.com | Sandra C. Goldstein, P.C. (admitted *pro hac* |
| adam.hollander@blbglaw.com | *vice*) |
| christopher.miles@blbglaw.com | Stefan Atkinson, P.C. (admitted *pro hac vice*) |
| | Daniel Cellucci (admitted *pro hac vice*) |
| | 601 Lexington Avenue |
| *Lead Counsel for Lead Plaintiffs* | New York, NY  10022 |
| | Telephone:  (212) 446-4800 |
| **MCKOOL SMITH PC** | Facsimile:  (212) 446-4900 |
| Lewis T. LeClair | sandra.goldstein@kirkland.com |
| Texas Bar No. 12072500 | stefan.atkinson@kirkland.com |

2

3

300 Crescent Court, Suite 1500
Dallas, Texas 75201
Tel:    (214) 978-4000
Fax:    (214) 978-4044
lleclair@mckoolsmith.com

*Liaison Counsel for Lead Plaintiffs*

dan.cellucci@kirkland.com

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on counsel of

record through the Court's ECF Program on this 7th day of January, 2021.

Dated:  January 7, 2021                    */s/  Jeremy A. Fielding*

**KIRKLAND & ELLIS LLP**
Jeremy A. Fielding, P.C. (Texas Bar
No. 24040895)
1601 Elm Street
Dallas, TX  75201
Telephone:  (214) 972-1770
Facsimile:  (214) 972-1771
jeremy.fielding@kirkland.com

**KIRKLAND & ELLIS LLP**
Sandra C. Goldstein, P.C. (admitted *pro hac
vice*)
Stefan Atkinson, P.C. (admitted *pro hac vice*)
Daniel Cellucci (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY  10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
sandra.goldstein@kirkland.com
stefan.atkinson@kirkland.com
dan.cellucci@kirkland.com

*Counsel for Defendants*