**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION, JAMES REID-ANDERSON, and MARSHALL BARBER,<br><br>    Defendants. | Civil Action No. 4:20-cv-00201-P<br><br>Judge Mark T. Pittman |

**[PROPOSED] ORDER TO STAY**
**SCHEDULING CONFERENCE AND JOINT REPORT**

Before the Court is Plaintiffs' and Defendants' Joint Motion to Stay Scheduling and Report Order (ECF No. ___ ) filed on January 6, 2021.  The Parties moved to stay the Order of this Court dated January 4, 2021 (ECF No. 62) in the above-captioned action during the pendency of Defendants' Motion to Dismiss.  Having considered the motion, the Court finds that the Motion to Stay should be and hereby is GRANTED.

It is therefore ORDERED that this Court's Order of January 4, 2021 is stayed during the pendency of Defendants' Motion to Dismiss.

It is so ordered this _____ day of _____, 2021

_____
JUDGE MARK T. PITTMAN
U.S. DISTRICT COURT JUDGE