## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., on behalf of itself and all others similarly situated,** | § § § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 4:20-cv-00201-P** |
| **SIX FLAGS ENTERTAINMENT CORPORATION, JAMES REID-ANDERSON, and MARSHALL BARBER,** | § § § § § | |
| **Defendants.** | § § | |

## ORDER

Before the Court is Parties' Joint Motion to Stay Scheduling and Report Order. ECF No. 64. The parties moved to stay this Court's Order dated January 4, 2021 (ECF No. 62) in this case during the pendency of Defendants' Motion to Dismiss. Having considered the Motion, the Court finds that the Motion should be and is hereby **GRANTED.**

It is therefore **ORDERED** that this Court's Order dated January 4, 2021 is **STAYED** during the pendency of Defendants' Motion to Dismiss.

**SO ORDERED** on this **12th day** of **January, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE