**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |
|---|---|
| *In re Six Flags Entertainment Corp.* *Securities Litigation* | Civil Action No. 4:20-cv-00201-P  CLASS ACTION |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND OR SET ASIDE THE JUDGMENT UNDER FED. R. CIV. P. 59(E) AND FOR LEAVE TO FILE AN AMENDED COMPLAINT UNDER FED. R. CIV. P. 15(A)**

Before the Court is Plaintiffs' Motion to Amend or Set Aside the Judgment Under Fed. R. Civ. P. 59(e), and for Leave to File an Amended Complaint Under Fed. R. Civ. P. 15(A) (ECF No. __) (the "Motion"), filed on March 31, 2021.  Plaintiffs move for the Court to reconsider the Opinion and Order (ECF No. 69) dismissing with prejudice the Consolidated Class Action Complaint (ECF No. 50), amend or set aside the Judgment (ECF No. 70), and grant Plaintiffs leave to file an Amended Consolidated Class Action Complaint.  Having considered all papers filed in support thereof and opposition thereto, the Court concludes that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that:

(1) The Court's Judgment should be and is hereby set aside; and

(2) Plaintiffs should be and hereby are granted leave to file the Amended Consolidated Class Action Complaint attached as Exhibit A to the Motion (ECF No. __).

It is so ordered this __ day of _____, 2021.

_____
The Honorable Mark T. Pittman
United States District Judge