**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| *In re Six Flags Entertainment Corp. Securities Litigation* | Civil Action No. 4:20-cv-00201-P <br><br> <u>CLASS ACTION</u> <br><br> **ORAL ARGUMENT REQUESTED** |

<u>**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**</u>

TO THE HONORABLE JUDGE MARK T. PITTMAN:

Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System and Electrical Workers Pension Fund, Local 103, I.B.E.W. ("Plaintiffs") file this Motion for Leave to File a Supplemental Brief (attached as Exhibit A), pursuant to Local Rule 56.7.

Plaintiffs' proposed supplemental brief is in further support of Plaintiffs' Motion to Amend or Set Aside the Judgment Under Fed. R. Civ. P. 59(e) and for Leave to File an Amended Complaint Under Fed. R. Civ. P. 15(a) (the "Motion to Amend") and attaches a Revised Proposed Amended Consolidated Class Complaint ("RPAC") intended to supersede the Proposed Amended Consolidated Class Action Complaint ("PAC") that Plaintiffs sought leave to file in their Motion to Amend. The RPAC includes additional allegations in support of Plaintiffs' existing claims and theories based on highly relevant facts that Six Flags has newly disclosed, which provide additional bases that support Plaintiffs' Motion to Amend.

The additional allegations in the RPAC stem from facts disclosed by Six Flags for the first time on May 18, 2021, after the Court's March 3, 2021 judgment and order was entered in this Action and after briefing on the Motion to Amend had concluded. Specifically, on May 18, 2021, Six Flags filed a complaint in this District against its insurer, Travelers Casualty and Surety

Company of America ("Travelers"). *See Six Flags Entm't Corp. v. Travelers Cas. & Surety Co. of Am.*, Case No. 4:21-cv-00693-P (N.D. Tex.), ECF No. 1 (the "Insurance Complaint"). The Insurance Complaint seeks damages and equitable relief from Travelers on the basis that Travelers improperly denied coverage of Six Flags' claims for defense costs Six Flags has incurred in this case and related matters.[1]

The Insurance Complaint discloses, for the first time, several new facts that provide additional factual support for Plaintiffs' claims, including adding to the strong inference of Defendants' scienter. First, the Insurance Complaint discloses the existence of an SEC investigation (the "SEC Investigation") into, as Six Flags disclosed, "the same facts that form the basis of" this case. Insurance Compl. ¶ 8; RPAC ¶ 159. Those facts include the Company's partnership with Riverside regarding the development and operation of the Six Flags China parks, and the $15 million negative revenue adjustment that the Company disclosed in February 2019. Just two days after Six Flags received an SEC subpoena, on February 20, 2020, Six Flags made the final corrective disclosure in this case and investors learned the full truth about the Six Flags China parks: that the Company had terminated its development agreements with Riverside, and would not recognize any revenues or income from the development of Six-Flags branded parks in China. Also on February 20, on the heels of the SEC subpoena, Six Flags announced the sudden departure of the Company's CFO, Defendant Barber.

---

[1] The Insurance Complaint was originally filed in the Dallas Division of this District, and was dismissed without prejudice on the Court's own motion, with instructions for Six Flags to re-file in this Court and file a notice of related cases under Local Rule 3.3(a). *Six Flags Entm't Corp. v. Travelers Cas. & Surety Co. of Am.*, Case No. 4:21-cv-00670-P (N.D. Tex. filed May 18, 2021), ECF Nos. 1, 5-8. The Insurance Complaint was re-filed in this Court, with identical allegations, on May 27, 2021. *Six Flags*, Case No. 4:21-cv-00693-P, ECF No. 1.

Second, Six Flags disclosed in the Insurance Complaint that it retained the law firm Perkins Coie as separate counsel for Defendants Reid-Anderson and Barber to defend against this Action, "in light of the conflict that could arise in the joint defense" of the Company and Reid-Anderson and Barber.  Insurance Compl. ¶ 11; RPAC ¶ 161.  This conflict, and the existence of separate counsel, was not previously disclosed, and Perkins Coie has not entered appearances in this Action.

Third, Six Flags also disclosed for the first time in the Insurance Complaint that it retained the law firm Fayer Gipson LLP in connection with defending against the SEC Investigation.  At the time, Fayer Gipson also served as counsel to David McKillips, former Senior Vice President of International Park Operations and President of Six Flags International.  *See* Insurance Compl. ¶ 10; RPAC ¶¶ 162, 264.  McKillips had a central role in the conduct at issue in this Action, and left the Company in or around January 2020, as the alleged fraud was being revealed publicly.  *See* Compl. ¶¶ 71, 106, 120, 250-53, 255-57, 260, 264.

As discussed in detail in Plaintiffs' supplemental brief, these new allegations all lend additional support to a strong inference of scienter with respect to the Defendants.  *See* Ex. A at 6-10; *Thomas v. Magnachip Semiconductor Corp.*, 167 F. Supp. 3d 1029, 1043 (N.D. Cal. 2016) (finding that "SEC's ongoing investigation" of defendant company and "resign[ations]" contribute to a compelling inference of scienter); *In re UTStarcom, Inc. Sec. Litig.*, 617 F. Supp. 2d 964, 976 (N.D. Cal. 2009) (where "there is a "proximity of Defendants' departures" to "[SEC] investigations," these facts "add 'one more piece to the scienter puzzle'" and support a strong inference of scienter) (citation omitted).  The new allegations also further support Defendants' Motion to Amend because these newly disclosed facts were not publicly known until May 18, 2021, and accordingly could not have been included in the original Consolidated Class Action Complaint, any possible amended complaint that could have been filed prior to the Court's March 3, 2021 order

3

and final judgment, or in the PAC submitted with Plaintiffs' Motion to Amend on March 31, 2021.

*See, e.g.*, *EEMSO, Inc. v. Compex Techs., Inc.*, 2006 WL 8437456, at *1 (N.D. Tex. Apr. 20, 2006)

(granting leave to file amended complaint where plaintiff "learned new facts" not previously

available); *Payne v. Wal-Mart Stores Texas, LLC*, 2019 WL 9197604, at *3 (W.D. Tex. Oct. 25,

2019) (granting leave to amend where plaintiff uncovered "new facts" and promptly sought to file

amended complaint to include them).

Accordingly, Plaintiffs respectfully request leave to file the supplemental brief attached as

Exhibit A.

 DATED: June 17, 2021                                Respectfully submitted,

                                                    */s/ Katherine M. Sinderson*

                                                    **BERNSTEIN LITOWITZ BERGER
                                                       & GROSSMANN LLP**

                                                    Hannah Ross, *pro hac vice*
                                                    John Rizio Hamilton, *pro hac vice*
                                                    Katherine M. Sinderson, *pro hac vice*
                                                    Adam D. Hollander, *pro hac vice*
                                                    Christopher R. Miles, *pro hac vice*
                                                    1251 Avenue of the Americas
                                                    New York, NY 10020
                                                    Tel:    (212) 554-1400
                                                    Fax:    (212) 554-1444
                                                    hannah@blbglaw.com
                                                    johnr@blbglaw.com
                                                    katiem@blbglaw.com
                                                    adam.hollander@blbglaw.com
                                                    christopher.miles@blbglaw.com

                                                    *Lead Counsel for Lead Plaintiffs*

                                                    **McKOOL SMITH PC**
                                                    Lewis T. LeClair
                                                    Texas Bar No. 12072500
                                                    300 Crescent Court, Suite 1500
                                                    Dallas, Texas 75201
                                                    Tel:    (214) 978-4000
                                                    Fax:    (214) 978-4044

lleclair@mckoolsmith.com
*Liaison Counsel for Lead Plaintiffs*

## CERTIFICATE OF CONFERENCE

On June 17, 2021, I conferred with Daniel Cellucci, counsel for Defendants, concerning Plaintiffs' request for leave to file a supplemental brief.  Mr. Cellucci informed me that Defendants oppose the request.

Dated: June 17, 2021                                                    Respectfully submitted,


<u>/s/ Adam D. Hollander</u>
**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Adam D. Hollander, *pro hac vice*
1251 Avenue of the Americas
New York, NY 10020
Tel:    (212) 554-1400
Fax:    (212) 554-1444
adam.hollander@blbglaw.com

*Lead Counsel for Lead Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on counsel of

record through the Court's ECF Program on this 17th day of June, 2021.

Dated: June 17, 2021                                Respectfully submitted,


                                                    */s/ Katherine M. Sinderson*_____
                                                    **BERNSTEIN LITOWITZ BERGER**
                                                       **& GROSSMANN LLP**
                                                    Katherine M. Sinderson, *pro hac vice*
                                                    1251 Avenue of the Americas
                                                    New York, NY 10020
                                                    Tel:    (212) 554-1400
                                                    Fax:    (212) 554-1444
                                                    katiem@blbglaw.com

                                                    *Lead Counsel for Lead Plaintiffs*