**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| *In re Six Flags Entertainment Corp. Securities Litigation* | Civil Action No. 4:20-cv-00201-P <br><br> <u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
<u>FOR LEAVE TO FILE SUPPLEMENTAL BRIEF</u>**

Before the Court is Plaintiffs' Motion for Leave to File Supplemental Brief, filed on June 17, 2021 (the "Motion"). Plaintiffs move the Court to grant leave for Plaintiffs to file the supplemental brief in further support of Plaintiffs' March 31, 2021 Motion to Amend or Set Aside the Judgment Under Fed. R. Civ. P. 59(e) and for Leave to File an Amended Complaint Under Fed. R. Civ. P. 15(a), attached as Exhibit A to Plaintiffs' Motion. Having considered all papers filed in support thereof and opposition thereto, the Court concludes that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that:

(1) Plaintiffs should be and hereby are granted leave to file the supplemental brief attached as Exhibit A to the Motion;

(2) The Court's Judgment should be and is hereby set aside; and

(3) Plaintiffs should be and hereby are granted leave to file the [Revised Proposed] Amended Consolidated Class Action Complaint attached as Exhibit 1 to the Motion (ECF No. __).

It is so ordered this __ day of _____, 2021.

_____
The Honorable Mark T. Pittman
United States District Judge