**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

|  |  |
|---|---|
| ELECTRICAL WORKERS PENSION FUND, LOCAL 103, I.B.E.W., on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>SIX FLAGS ENTERTAINMENT CORPORATION, JAMES REID-ANDERSON, and MARSHALL BARBER,<br><br>      Defendants. | Civil Action No. 4:20-cv-00201-P<br><br>CLASS ACTION<br><br>**NOTICE OF APPEAL** |

Notice is given that Oklahoma Firefighters Pension and Retirement System, Co-Lead Plaintiff in the above-captioned case (the "Action"), appeals to the United States Court of Appeals for the Fifth Circuit from the (i) Opinion and Order granting Defendants' Motion to Dismiss (ECF No. 69) and Final Judgment (ECF No. 70), entered in the Action on the 3rd day of March, 2021, (ii) Order denying Plaintiffs' Motion for Leave to File Supplemental Brief (ECF No. 75), entered in this action on the 18th day of June, 2021, and (iii) Order on Plaintiffs' Motion to Amend or Set Aside the Judgment Under Fed. R. Civ. P. 59(e) and for Leave to File An Amended Complaint Under Fed. R. Civ. P. 15(a) (ECF No. 76), entered in this action on the 26th day of July, 2021.

DATED: August 25, 2021          Respectfully submitted,

*/s/ Katherine M. Sinderson*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

John Rizio-Hamilton, *pro hac vice*
Katherine M. Sinderson, *pro hac vice*
Adam D. Hollander, *pro hac vice*
Christopher R. Miles, *pro hac vice*
1251 Avenue of the Americas
New York, NY 10020
Tel:    (212) 554-1400
Fax:    (212) 554-1444
johnr@blbglaw.com
katiem@blbglaw.com
adam.hollander@blbglaw.com
christopher.miles@blbglaw.com

*Lead Counsel for Lead Plaintiffs*

**McKOOL SMITH PC**
Lewis T. LeClair
Texas Bar No. 12072500
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Tel:    (214) 978-4000
Fax:    (214) 978-4044
lleclair@mckoolsmith.com

*Liaison Counsel for Lead Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on counsel of record through the Court's ECF Program on this 25th day of August, 2021.

Dated: August 25, 2021                          Respectfully submitted,


*/s/ Katherine M. Sinderson*
**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
Katherine M. Sinderson, *pro hac vice*
1251 Avenue of the Americas
New York, NY 10020
Tel:   (212) 554-1400
Fax:   (212) 554-1444
katiem@blbglaw.com

*Lead Counsel for Lead Plaintiffs*

3