*United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 19 2021

CLERK, U.S. DISTRICT

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 18, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 21-10865   OK Firefighters Pension v. Six Flags Entmt
USDC No. 4:20-CV-201

The court has granted the motion for leave to file Record Excerpts in excess of 40 pages, not to exceed 246 pages in optional content, but this decision is subject to reconsideration by the merits panel.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Casey A. Sullivan, Deputy Clerk
504-310-7642

Mr. Stefan H. Atkinson
Mr. Dan Cellucci
Mr. Jeremy Alan Fielding
Ms. Sandra Goldstein
Mr. Adam Hollander
Mr. Lewis T. LeClair
Ms. Karen S. Mitchell
Ms. Katherine M. Sinderson