**FILED**

**February 9, 2023**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

# United States Court of Appeals
# for the Fifth Circuit

**Certified as a true copy and issued
as the mandate on Feb 09, 2023**

Attest: *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit

**FILED**

January 18, 2023

Lyle W. Cayce
Clerk

————————

No. 21-10865

————————

OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,

*Plaintiff—Appellant*,

*versus*

SIX FLAGS ENTERTAINMENT CORPORATION; JAMES REID-ANDERSON; MARSHALL BARBER,

*Defendants—Appellees*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-201

————————————————————

Before SOUTHWICK, HAYNES, and HIGGINSON, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that defendants-appellees pay to plaintiff-appellant the costs on appeal to be taxed by the Clerk of this Court.