# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 09, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

         No. 21-10865    OK Firefighters Pension v. Six Flags Entmt
                         USDC No. 4:20-CV-201

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Roeshawn Johnson, Deputy Clerk
                              504-310-7998

cc:  Mr. Stefan H. Atkinson
     Mr. Dan Cellucci
     Mr. Jeremy Alan Fielding
     Ms. Sandra Goldstein
     Mr. Adam Hollander
     Mr. Lewis T. LeClair
     Mr. Christopher Ryan Miles
     Mr. John Rizio-Hamilton
     Ms. Katherine M. Sinderson