UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELECTRICAL WORKERS PENSION
FUND LOCAL 103 IBEW, ET AL.,**

  Plaintiffs,

v.                                                    **No. 4:20-CV-00201-P**

**SIX FLAGS ENTERTAINMENT
CORPORATION, ET AL.,**

  Defendants.

## ORDER

Before the Court is Defendant Six Flags Entertainment Corporation's unopposed motion to extend time to file a joint report and an answer, and its motion to expedite consideration of these motions. ECF No. 93. Upon consideration of the motion and the record, the Court hereby **GRANTS** the motion to extend in part and **GRANTS** the motion to expedite consideration. ECF No. 93. The parties must file the joint report **on or before 5:00 p.m. on March 6, 2023**. The answer is due **on or before 5:00 p.m. on March 20, 2023**.

  **SO ORDERED** on this **17th day of February 2023**.

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE