## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| ELECTRICAL WORKERS PENSION FUND LOCAL 103 IBEW, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> SIX FLAGS ENTERTAINMENT CORPORATION, ET AL., <br><br> Defendants. | Civil Action No. 4:20-cv-00201-P <br><br> <u>CLASS ACTION</u> |

### DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Six Flags Entertainment Corporation ("Six Flags"), James Reid-Anderson ("Reid-Anderson") and Marshall Barber ("Barber") (collectively, "Defendants"), move for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure ("Motion") on the grounds that Plaintiff Oklahoma Firefighters Pension and Retirement System ("Plaintiff") lacks standing for the reasons set forth in the accompanying Brief in Support.

In support of this Motion, Defendants rely upon their *Brief (A) in Support of Defendants' Motion for Judgment on the Pleadings, and (B) in Response to Plaintiff's Motion for Leave to Amend its Complaint*, and appendix thereto. Defendants respectfully request that the Court grant this Motion and dismiss with prejudice Plaintiff's claims against Defendants.

1

/s/ Scott A. Fredricks
Ralph H. Duggins
Texas Bar No. 06183700
Scott A. Fredricks
Texas Bar No. 24012657
Michael Ackerman
Texas Bar No. 24120454
**CANTEY HANGER LLP**
600 West 6th Street, Suite 300
Fort Worth, TX 76102
Tel:    817-877-2800
Fax:    817-877-2807
rduggins@canteyhanger.com
sfredricks@canteyhanger.com
mackerman@canteyhanger.com

Jay B. Kasner (*pro hac vice*)
Scott D. Musoff (*pro hac vice*)
**SKADDEN, ARPS, SLATE,**
 **MEAGHER & FLOM LLP**
One Manhattan West
New York City, NY 10001
Tel:    212-735-3000
Fax:    212-735-2000
jay.kasner@skadden.com
scott.musoff@skadden.com

Jessie K. Liu (*pro hac vice*)
**SKADDEN, ARPS, SLATE,**
 **MEAGHER & FLOM LLP**
1440 New York Ave. NW
Washington, DC 20005
Tel:    202-371-7000
Fax:    202-393-5760
jessie.liu@skadden.com

*Co-Lead Counsel for Defendants Six Flags
 Entertainment Corporation,
 James Reid-Anderson and Marshall Barber*

2

## CERTIFICATE OF SERVICE

I certify that on the second day of May 2023, all counsel of record were served with the foregoing via E-File service.

*/s/ Scott A. Fredricks*
Scott A. Fredricks