UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELECTRICAL WORKERS PENSION
FUND LOCAL 103 IBEW, ET AL.,**

    Plaintiffs,

v.                                                                                    **No. 4:20-CV-00201-P**

**SIX FLAGS ENTERTAINMENT
CORPORATION, ET AL.,**

    Defendants.

## ORDER

Before the Court is Defendants' Motion for Judgment on the Pleadings (ECF No. ●). Having considered the motion, response, briefs, and applicable law, the Court **GRANTS** the motion and dismisses Plaintiff's claims with prejudice.

**SO ORDERED** on this \_\_\_\_ **day of** _____ **2023.**

1