UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELECTRICAL WORKERS PENSION
FUND LOCAL 103 IBEW, ET AL.,**

   Plaintiffs,

v.                                                            **No. 4:20-CV-00201-P**

**SIX FLAGS ENTERTAINMENT
CORPORATION, ET AL.,**

   Defendants.

## ORDER

   Before the Court is Defendants' Motion to Enforce the PSLRA's Automatic Stay of Discovery (ECF No. ●). Having considered the motion, response, briefs, and applicable law, the Court **GRANTS** the motion and stays discovery during the pendency of Defendants' Motion for Judgment on the Pleadings (ECF No. ●).


   **SO ORDERED** on this ____ **day of** _____ **2023.**

1