UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELECTRICAL WORKERS
PENSION FUND LOCAL 103 IBEW,
ET AL.,**

    Plaintiff,

v.                                             **No. 4:20-cv-00201-P**

**SIX FLAGS ENTERTAINMENT
CORPORATION, ET AL.,**

    Defendant.

### ORDER

Before the Court is Motion to Intervene as Additional Plaintiff and Proposed Class Representative by Key West Police & Fire Pension Fund (ECF No. __). Having considered the Motion, relevant docket entries, and applicable law, the Court **GRANTS** the Motion.

    **SO ORDERED** on this ____ day of _____ 2023.

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE