UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OKLAHOMA FIREFIGHTERS PENSION
AND RETIREMENT SYSTEM,**

    Plaintiff,

v.                                    **No. 4:20-cv-0201-P**

**SIX FLAGS ENTERTAINMENT
CORPORATION, ET AL.,**

    Defendants.

## FINAL JUDGMENT

This judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Opinion and Order granting Defendants' Motion for Judgment on the Pleadings dated the same day (ECF No. 114), it is **ORDERED** that this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **2nd day of June 2023.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE