**FILED**

**May 10, 2024**

KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

# United States Court of Appeals
# for the Fifth Circuit

**Certified as a true copy and issued
as the mandate on May 10, 2024**

**Attest:** *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit

**FILED**

April 18, 2024

Lyle W. Cayce
Clerk

————————

No. 23-10696

————————

OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM,

*Plaintiff—Appellant,*

KEY WEST POLICE & FIRE PENSION FUND,

*Movant—Appellant,*

*versus*

SIX FLAGS ENTERTAINMENT CORPORATION; JAMES REID-ANDERSON; MARSHALL BARBER,

*Defendants—Appellees.*

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-201

————————————————————

Before WIENER, HAYNES, and HIGGINSON, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the

District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that appellees pay to appellants the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. *See* FED. R. APP. P. 41(b). The court may shorten or extend the time by order. *See* 5TH CIR. R. 41 I.O.P.