# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 10, 2024

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 23-10696   OK Firefighters Pension v. Six Flags Entmt
                USDC No. 4:20-CV-201

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Renee S. McDonough, Deputy Clerk
                        504-310-7673

cc:
    Ms. Caitlin Bozman
    Mr. Ralph H. Duggins III
    Mr. John J Esmay
    Mr. Mark Ryan Foster
    Mr. Scott Alan Fredricks
    Mr. Jesse Jensen
    Mr. Jay B. Kasner
    Mr. Robert David Klausner
    Mr. Lewis T. LeClair
    Ms. Jessie K. Liu
    Mr. Scott D Musoff
    Mr. John Rizio-Hamilton
    Ms. Katherine M. Sinderson
    Mr. Brandon Slotkin