# Exhibit C

## Brandon Slotkin

| | |
|---|---|
| **From:** | John Esmay |
| **Sent:** | Thursday, July 25, 2024 5:59 PM |
| **To:** | Foster, Mark; Scott D Musoff; Lefkowitz, Jacob G; (Adams) Danehy, Sarah E (NYC); Ralph Duggins; 'Scott Fredricks' |
| **Cc:** | Jesse Jensen; Katie M. Sinderson; John Rizio-Hamilton; Brandon Slotkin; Jason Nash |
| **Subject:** | RE: Six Flags |

Thanks very much Mark. We have incorporated your response into the motion and will file the motion as Unopposed.

Best, John

**From:** Foster, Mark <Mark.Foster@skadden.com>
**Sent:** Thursday, July 25, 2024 4:21 PM
**To:** John Esmay <John.Esmay@blbglaw.com>; Scott D Musoff <Scott.Musoff@skadden.com>; Lefkowitz, Jacob G <Jacob.Lefkowitz@skadden.com>; (Adams) Danehy, Sarah E (NYC) <Sarah.Danehy@skadden.com>; Ralph Duggins <rduggins@canteyhanger.com>; 'Scott Fredricks' <SFredricks@canteyhanger.com>
**Cc:** Jesse Jensen <Jesse.Jensen@blbglaw.com>; Katie M. Sinderson <KatieM@blbglaw.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; Brandon Slotkin <Brandon.Slotkin@blbglaw.com>; Jason Nash <jnash@jasonnashlaw.com>
**Subject:** RE: Six Flags

**[This message is from an external sender]**

John,

It is our understanding that Judge Pittman granted leave to file a second amended complaint in accordance with his directives.  Defendants have no objections to the filing of the Motion, but Defendants reserve all rights and defenses with respect to their response to the complaint, including whether the allegations are supported by the Fifth Circuit's rulings.

Thanks,

Mark

**From:** John Esmay <John.Esmay@blbglaw.com>
**Sent:** Wednesday, July 24, 2024 1:15 PM
**To:** Musoff, Scott D (NYC) <Scott.Musoff@skadden.com>; Foster, Mark (PAL) <Mark.Foster@skadden.com>; Lefkowitz, Jacob G (NYC) <Jacob.Lefkowitz@skadden.com>; (Adams) Danehy, Sarah E (NYC) <Sarah.Danehy@skadden.com>; Ralph Duggins <rduggins@canteyhanger.com>; 'Scott Fredricks' <SFredricks@canteyhanger.com>
**Cc:** Jesse Jensen <Jesse.Jensen@blbglaw.com>; Katie M. Sinderson <KatieM@blbglaw.com>; John Rizio-Hamilton <Johnr@blbglaw.com>; Brandon Slotkin <Brandon.Slotkin@blbglaw.com>; Jason Nash <jnash@jasonnashlaw.com>
**Subject:** [Ext] RE: Six Flags

Counsel,

Per the Court's scheduling order (ECF No. 132) and direction during the May 23, 2024 conference, Plaintiffs intend to move to file a Second Amended Consolidated Class Action Complaint by July 26. Consistent with our agreement in the Parties' Joint Status Report (ECF No. 131), the amendment will not add challenged statements, new allegations, or new

claims that have not been previously asserted. Rather, the amendment will conform to the Fifth Circuit's holdings in this matter by removing statements not upheld by the Fifth Circuit, and referencing the Fifth Circuit's holdings where appropriate.

We are attaching the draft motion to amend and a redline showing changes against the operative complaint.  We are still finalizing the amendment and may have additional edits between now and the filing deadline, but we do not expect any potential additional edits to be significant.

Please confirm whether Defendants will consent to the motion and the filing of the amendment.  If possible, we would greatly appreciate a response by the end of the day tomorrow, and we are happy to discuss this matter further if you have any questions.

Best,
John

John Esmay  |  **BLB&G**
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas
New York, New York 10020
tel: 212-554-1283 | fax: 212-554-1444

-------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=========================================================================