UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OKLAHOMA FIREFIGHTERS
PENSION AND RETIREMENT
SYSTEM, ET AL.,**

    Plaintiffs,

v.                                                    **No. 4:20-cv-00201-P**

**SIX FLAGS ENTERTAINMENT
CORPORATION, ET AL.,**

    Defendants.

### ORDER

Before the Court is Plaintiffs' Motion for Leave to Amend (the "Motion") (ECF No. 138). Having considered the Motion, the Court **GRANTS** the Motion and grants Plaintiffs leave to file their Second Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, attached as Exhibit B to the Motion.

**SO ORDERED** on this **29th day of July, 2024.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE