UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**OKLAHOMA FIREFIGHTERS PENSION
AND RETIREMENT SYSTEM, ET AL.,**

   Plaintiffs/Intervenors,

v.                                                      **No. 4:20-cv-0201-P**

**SIX FLAGS ENTERTAINMENT
CORPORATION, ET AL.,**

   Defendants.

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend Deadline to File Answer to Second Amended Complaint. ECF No. 141. Having considered the Motion, the Court concludes that it should be and is hereby **GRANTED.** The Court **ORDERS** that Defendants shall file an Answer, or otherwise respond, to Plaintiffs' Second Amended Complaint **on or before September 12, 2024.**

   **SO ORDERED** on this **9th day of August 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE